330 A.2d 844
**COMMONWEALTH of Pennsylvania**
v.
**Herbert L. SMART, Appellant.**

Supreme Court of Pennsylvania.
Submitted April 17, 1972.
Argued April 30, 1973.
Decided Jan. 27, 1975.

David E. Auerbach, Asst. Public Defender, Media, for appellant.

Stephen J. McEwen, Jr., Dist. Atty., Vram Nedurian, Jr., Asst. Dist. Atty., Media, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

PER CURIAM.

Order affirmed for the reasons set forth in *Commonwealth v. Butler*, Pa., 328 A.2d 851 (1974).